**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jamie M Dean<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9983<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–12214–JNP | |

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jamie M Dean

5/8/18

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 13-12214-JNP
Jamie M Dean                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: May 08, 2018
                              Form ID: 3180W           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db          +Jamie M Dean,    71 Pindale Drive,    Pittsgrove, NJ 08318-3906
cr          +Bank Of America, N.A.,    Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,
              Suite 302,    Roseland, NJ 07068-1640
cr          +Lakeview Loan Servicing, LLC c/o M & T Bank,    Stern, Lavinthal & Frankenberg, LLC,
              105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
cr          +M&T Bank,    Stern, Lavinthal & Frankenberg, LLC,    105 Eishenhower Parkway,
              Roseland, NJ 07068-1640
cr          +M&T Bank as servicer for Lakeview Loan Servicing,,    105 Eisenhower Parkway,
              Roseland, NJ 07068-1640
513656804   +A.J. Petrunis, Inc,    173 Water Street,    Bridgeton, NJ 08302-2586
513656805   +Akron Billing Center,    Attn: SJ Hospital,    PO Box 7975,    Lancaster, PA 17604-7975
513871993    Bank of America N.A.,    Loss/Recovery,    4161 Piedmont Parkway,    NC4 105 03 14,
              Greensboro, NC 27410
513742133    Bank of America, N.A.,    PO Box 660933,    Dallas, Tx 75266-0933
513656809    Bridgeton Emergency Physicians,    C/O Accounts Receivable MGMT,    155 Mid Atlantic Parkway,
              Thorofare, NJ  08086
513656812   +Ccs/Cort Trust Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
513656816   +Eastern Account Systems I,    75 Glen Road Ste 1120,    Sandy Hook, CT 06482-1170
513656813  ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
              (address filed with court: CCS/First Savings Bank,    500 E 60th St N,    Sioux Falls, SD  57104)
515978515   +Lakeview Loan Servicing, LLC,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
              Westmont, NJ 08108-2812
514351369   +M&T as servicer for Lakeview Loan Servicing, LLC,    PO Box 840, Buffalo, NY 14240,
              M&T as servicer for Lakeview Loan Servic,    PO Box 840, Buffalo, NY 14240-0840
514351368    M&T as servicer for Lakeview Loan Servicing, LLC,    PO Box 840, Buffalo, NY 14240
513656823   +Paulette Reed,    592 Centerton Road,    Pittsgrove, NJ 08318-3919
513656824   +Pilla Billing Services,    PO Box 711,    Bridgeton, NJ 08302-0446
513656825    Pressler And Pressler, LLP,    7 Entin Road,    Parsippany, NJ  07054-5020
513656826   +South Jersey Healthcare,    PO Box 8484,    Cherry Hill, NJ 08002-0484
513656827   +Stern, Lavinthal & Frankenberg, LLC,    Attn: David Rubin Esquire,
              105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
513656828   +Synergetic Connumication Inc,    2700 East Seltice Way #4,    Post Falls, ID 83854-6387
513656829   +Wfnnb/Spiegel,    Po Box 9204,    Old Bethpage, NY 11804-9004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 08 2018 23:25:31     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2018 23:25:29     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
513656806   +EDI: GMACFS.COM May 09 2018 02:53:00      Ally Financial,    Po Box 380901,
              Bloomington, MN 55438-0901
513811115   +EDI: GMACFS.COM May 09 2018 02:53:00      Ally Financial Inc.,    P O Box 130424,
              Roseville, MN 55113-0004
513724899    EDI: AIS.COM May 09 2018 02:53:00      American InfoSource LP as agent for,
              Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
513656807   +E-mail/Text: bankruptcy@pepcoholdings.com May 08 2018 23:25:11     Atlantic City Electric,
              5 Collins Drive, Suite 2133,    Carneys Point, NJ 08069-3600
513656808   +EDI: BANKAMER.COM May 09 2018 02:58:00      Bank Of America,    450 American St #SV416,
              Simi Valley, CA 93065-6285
513656811    E-mail/Text: bankruptcy@cavps.com May 08 2018 23:25:47     Cavalry Portfolio Services,
              Po Box 27288,    Tempe, AZ  85285
513656810   +EDI: CAPITALONE.COM May 09 2018 02:58:00      Capital One,    Po Box 30281,
              Salt Lake City, UT 84130-0281
513729140    EDI: CAPITALONE.COM May 09 2018 02:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
513659885   +E-mail/Text: bankruptcy@cavps.com May 08 2018 23:25:47     Cavalry Portfolio Services,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
513656814   +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 08 2018 23:26:06
              Comcast Cable Communications,    1 Comcast Center,    Philadelphia, PA 19103-2833
513656815    EDI: RCSFNBMARIN.COM May 09 2018 02:54:00      Credit One Bank,    Po Box 98873,
              Las Vegas, NV  89193-8873
513656817   +EDI: AMINFOFP.COM May 09 2018 02:54:00      First Premier Bank,    601 S Minnesota Avenue,
              Sioux Falls, SD 57104-4868
513656819   +EDI: RMSC.COM May 09 2018 02:58:00      GE/JcPenney,    Po Box 965007,    Orlando, FL 32896-5007
513656818   +EDI: RMSC.COM May 09 2018 02:58:00      Ge Capital/Walmart,    Po Box 981400,
              El Paso, TX 79998-1400
513656821   +EDI: HFC.COM May 09 2018 02:58:00      HSBC/Best Buy,    Po Box 15519,
              Wilmington, DE 19850-5519
513656820   +EDI: HFC.COM May 09 2018 02:58:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
513656822   +EDI: MID8.COM May 09 2018 02:53:00      Midland Credit Management,    8875 Aero Drive,
              San Diego, CA 92123-2255
513968386    EDI: PRA.COM May 09 2018 02:53:00      Portfolio Recovery Associates, LLC,
              c/o Walmart Credit Card,    PO Box 41067,    Norfolk VA 23541

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: May 08, 2018
                              Form ID: 3180W           Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

                                                                                              TOTAL: 20

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Bank of America,    450 American Street, #SV416,    Simi Valley, CA 93065-6285
513691762*     +Bank of America,    450 American Street, #SV416,    Simi Valley, CA 93065-6285
                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Bank Of America, N.A. cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    M&T Bank cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Lakeview Loan Servicing, LLC c/o M & T Bank
               cmecf@sternlav.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Jamie M Dean mylawyer7@aol.com,   ecf@seymourlaw.net
                                                                                              TOTAL: 10